PROB 12B  
(08/16)

April 13, 2022  
pacts id: 214840

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Fabian Verdugo (English)  **Dkt No.:** 07CR01908-001-WQH

**Name of Sentencing Judicial Officer:** The Honorable William Q. Hayes, Senior U.S. District Judge

**Sentence:** 7 months' custody; 36 months' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Revocation Sentence:** May 3, 2021

**Date Supervised Release Commenced:** September 24, 2021

**Prior Violation History:** Yes. Please refer to prior court correspondence.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

**TO REMIT:**
Submit your person, property, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

**TO ADD:**
Submit your person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The offender must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the offender has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

PROB12B
Name of Offender: Fabian Verdugo April 13, 2022
Docket No.: 07CR01908-001-WQH Page 2

## CAUSE

Your Honor is advised that the search condition, as it appears on the Judgment and Commitment does not specify a search of the offender's papers, computers, other electronic communications or data storge devices or media. The probation officer seeks the removal of the condition as stated on the judgment with the inclusion of the above updated condition which includes the search of the offender's papers, computers, other electronic communications or data storage devices or media. The above noted search condition was adopted by the Judicial Conference, and is outlined in the *Guide to Judiciary Policy,* which will allow the probation officer to better monitor and supervise Mr. Verdugo's activity in the community. Mr. Verdugo has no objection to the removal of the previously ordered condition and the subsequent inclusion of the comprehensive search condition.

Mr. Verdugo has signed a Waiver of Hearing relating to the search condition, which is attached for the court's review.

Respectfully submitted: Reviewed and approved:

by _____    _____
Jennifer Avila                        Larry Huerta
U.S. Probation Officer                Supervisory U.S. Probation Officer
(760) 339-4207

Attachments:

**THE COURT ORDERS:**

__✓__ THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____ OTHER _____

_____    4/6/22
The Honorable William Q. Hayes    Date
Senior U.S. District Judge